Mag. Judge Jolson

**ATTACHMENT A TO SEAL:**

| | | |
|---|---|---|
| 2:21-mj-440<br>2:21-mj-456<br>2:21-mj-573-SW<br>2:21-mj-707-SW<br>2:21-mj-731-SW<br>2:21-mj-732-SW<br>2:22-mj-039-PR<br>2:22-mj-040-PR<br>2:22-mj-041-SW | | |