AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| In the Matter of the Seizure of | ) |
|---|---|
| *(Briefly describe the property to be seized)* | ) |
| All funds— including crypto-currency—stored in the Gemini account associated to Account ID 61668, Group ID 1061668 controlled by Gemini Trust Company, LLC | ) Case No. 2:21-mj-707 |

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Southern__ District of __New York__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

All funds— including crypto-currency—stored in the Gemini account associated to Account ID 61668, Group ID 1061668 controlled by Gemini Trust Company, LLC

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __November 15, 2021__
*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
__Kimberly A. Jolson, United States Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __11/01/2021 1:13 pm__

*Signature: Kimberly A. Jolson*
Kimberly A. Jolson
United States Magistrate Judge

City and state:  __Columbus, Ohio__                Kimberly A. Jolson, United States Magistrate Judge

AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: <br> 2:21-mj-707 | Date and time warrant executed: <br> 11/01/2021 11:01 A.M. | Copy of warrant and inventory left with: <br> Catherine Wigdor |
| Inventory made in the presence of: <br> Catherine Wigdor | | |
| Inventory of the property taken: <br> 1.25178637 Bitcoin | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/01/2021

*Gregory Libow*
_Executing officer's signature_

Gregory Libow, Special Agent, HSI
_Printed name and title_